```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```
___

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

       Plaintiff,

    -v-

Norman Weslin
3916 Donney Brook Ct.
Colorado Springs, CO 80907

       Defendant.              6:97CR06021-001
___

## SATISFACTION OF JUDGMENT

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of a certain judgment docketed June 9, 1997.

DATED: Buffalo, New York, September 26, 2005.

                      KATHLEEN M. MEHLTRETTER
                      Acting United States Attorney

        BY:  S/KEVIN D. ROBINSON
             Assistant United States Attorney
             United States Attorney's Office
             Western District of New York
             138 Delaware Avenue
             Buffalo, New York  14202
             (716)843-5700, ext. 804
             Kevin.D.Robinson@usdoj.gov